## STATE OF FLORIDA v SWEENEY

Case No. 88-206-AC

Eleventh Judicial Circuit, Dade County

January 17, 1990

### APPEARANCES OF COUNSEL

**Robert A. Butterworth,** Attorney General and Nick Moudios, Assistant State Attorney, for appellant.

**Robert S. Shapiro,** for appellee.

Before UNGARO, DONNER, FERRO, JJ.

### OPINION OF THE COURT

FERRO and UNGARO concur.

The state appeals from the trial court's order dismissing the charges

in a D.U.I. prosecution. The dismissal was based upon the loss of the videotape by the police officers. The trial court specifically found that the videotape contained exculpatory material and dismissed the charges.

The trial court properly conducted a pre-trial hearing at which evidence was presented establishing that the "lost" videotape did contain exculpatory material. That the videotape contained evidence that was pertinent to the Defendant's guilt or innocence.

Therefore, the trial court's order dismissing the charges is hereby affirmed. See *United States v Argus,* 427 U.S. 97, 100 S.Ct. 2392 (1976); *United States v Bagley,* 473 U.S. 667, 105 S.Ct. 3375 (1985); *California v Trombetta,* 467 U.S. 479, 104 S.Ct. 2528 (1984); *United States v Weisz,* 718 F.2d 413 (D.C. Cir. 1983); *James v State,* 453 So.2d 786 (Fla. 1984); *Salvatore v State,* 366 So.2d 745 (Fla. 1979); *Farrell v State,* 317 So.2d 143 (Fla. App. 1975); and *Bade v State,* 20 Fla. Supp.2d 149 (Fla. 11th Cir. Ct. 1986). Affirmed. DONNER, J. Dissents